## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hill Sr, Demetrius

Printed:  9/30/08

Case Number:  07 B 17797
Judge:  Goldgar, A. Benjamin
Filed:  9/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed:  August 19, 2008
Confirmed:  December 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,700.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,480.40 |
| Trustee Fee: |  | 219.60 |
| Other Funds: |  | 0.00 |
| Totals: | 3,700.00 | 3,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,843.00 | 3,480.40 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 4. | Illinois Dept Of Healthcare And Family | Priority | 6,169.22 | 0.00 |
| 5. | Internal Revenue Service | Priority | 15,878.96 | 0.00 |
| 6. | Capital One | Unsecured | 113.55 | 0.00 |
| 7. | T Mobile USA | Unsecured | 32.21 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 1,856.61 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 77.16 | 0.00 |
| 10. | Americredit Financial Ser Inc | Unsecured | 1,125.14 | 0.00 |
| 11. | Capital One Auto Finance | Unsecured | 644.92 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 26.88 | 0.00 |
| 13. | Capital One | Unsecured | 183.73 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 29.72 | 0.00 |
| 15. | B-Real LLC | Unsecured | 18.80 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | 316.00 | 0.00 |
| 17. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 18. | Fifth Third Bank | Unsecured | | No Claim Filed |
| 19. | Chase Automotive Finance | Unsecured | | No Claim Filed |
| 20. | Archer Heights Credit Union | Unsecured | | No Claim Filed |
| 21. | Armor Systems Co | Unsecured | | No Claim Filed |
| 22. | Armor Systems Co | Unsecured | | No Claim Filed |
| 23. | Armor Systems Co | Unsecured | | No Claim Filed |
| 24. | Bank Of America | Unsecured | | No Claim Filed |
| 25. | Credit Protection Association | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hill Sr, Demetrius

Printed:  9/30/08

Case Number:  07 B 17797

Judge:  Goldgar, A. Benjamin

Filed:  9/28/07

| | | | |
|---|---|---|---|
| 26. | Credit Management Co. | Unsecured | No Claim Filed |
| 27. | Helvey Associates | Unsecured | No Claim Filed |
| 28. | Global Check Recovery | Unsecured | No Claim Filed |
| 29. | Collection Company Of America | Unsecured | No Claim Filed |
| 30. | Galway Financial Service | Unsecured | No Claim Filed |
| 31. | Global Payments | Unsecured | No Claim Filed |
| 32. | Helvey Associates | Unsecured | No Claim Filed |
| 33. | Senex Services Corp | Unsecured | No Claim Filed |
| 34. | Helvey Associates | Unsecured | No Claim Filed |
| 35. | I C Systems Inc | Unsecured | No Claim Filed |
| 36. | OSI Collection Svc Inc | Unsecured | No Claim Filed |
| 37. | Nicor Gas | Unsecured | No Claim Filed |
| 38. | Illinois Dept of Revenue | Unsecured | No Claim Filed |
| 39. | Senex Services Corp | Unsecured | No Claim Filed |
| 40. | Senex Services Corp | Unsecured | No Claim Filed |
| 41. | Senex Services Corp | Unsecured | No Claim Filed |
| 42. | Payday Loan | Unsecured | No Claim Filed |
| 43. | Senex Services Corp | Unsecured | No Claim Filed |
| 44. | Senex Services Corp | Unsecured | No Claim Filed |
| 45. | Senex Services Corp | Unsecured | No Claim Filed |
| 46. | Senex Services Corp | Unsecured | No Claim Filed |
| 47. | A/R Concepts Inc | Unsecured | No Claim Filed |
| 48. | Senex Services Corp | Unsecured | No Claim Filed |
| 49. | Senex Services Corp | Unsecured | No Claim Filed |
| 50. | Senex Services Corp | Unsecured | No Claim Filed |
| 51. | Senex Services Corp | Unsecured | No Claim Filed |
| 52. | Senex Services Corp | Unsecured | No Claim Filed |
| 53. | Senex Services Corp | Unsecured | No Claim Filed |
| 54. | Senex Services Corp | Unsecured | No Claim Filed |
| 55. | Senex Services Corp | Unsecured | No Claim Filed |
| 56. | Senex Services Corp | Unsecured | No Claim Filed |
| 57. | Senex Services Corp | Unsecured | No Claim Filed |
| 58. | Sprint | Unsecured | No Claim Filed |
| 59. | United States Dept Of Education | Unsecured | No Claim Filed |
| 60. | US Cellular | Unsecured | No Claim Filed |
| 61. | United States Dept Of Education | Unsecured | No Claim Filed |
| 62. | United States Dept Of Education | Unsecured | No Claim Filed |
| 63. | Senex Services Corp | Unsecured | No Claim Filed |
| 64. | United States Dept Of Education | Unsecured | No Claim Filed |
| 65. | United States Dept Of Education | Unsecured | No Claim Filed |
| 66. | United States Dept Of Education | Unsecured | No Claim Filed |
| 67. | Washington Mutual Bank FA | Unsecured | No Claim Filed |

|  |  |
|---|---|
| $ 30,315.90 | $ 3,480.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 102.60 |
| 6.5% | 117.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hill Sr, Demetrius

      Printed:  9/30/08

Case Number:  07 B 17797

Judge:  Goldgar, A. Benjamin

Filed:  9/28/07

_____

$ 219.60

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: